**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Jose Luis Serrano-Corril

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ1218 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JOSE LUIS SERRANO-CORRIL, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

James C. Alvord
fallbrookjim@sbcglobal.net; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    April 29, 2008        /s/ Gregory T. Murphy
                               **GREGORY T. MURPHY**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Jose Luis Serrano-Corril